292

JAMES A. REINHART, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 20, 1974.*

JAMES A. REINHART, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-394—Claimant 

BIO QUIP PRODUCTS CO., Claimant, *vs.* STATE OF ILLINOIS, NATURAL HISTORY SURVEY, Respondent.

*Opinion filed March 20, 1974.*

BIO METAL ASSOCIATES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.